No. — – ——. ZERMAN *v.* JACOBS ET AL. Motion to direct the Clerk to file the petition for writ of certiorari denied.

No. — – ——. SOUZA ET AL. *v.* TRUSTEES OF THE WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST. Motion to direct the Clerk to file the petition for writ of certiorari denied.

No. A–172. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* BASS. Application to vacate the stay of execution of sentence of death, presented to JUSTICE REHNQUIST, and by him referred to the Court, denied.

No. A–279. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Application for stay, addressed to JUSTICE POWELL and referred to the Court, denied.

No. D–274. IN RE DISBARMENT OF KLEINDIENST. Disbarment entered. JUSTICE REHNQUIST and JUSTICE O'CONNOR took no part in the consideration or decision of this order. [For earlier order herein, see 456 U. S. 1004.]

No. 8, Orig. ARIZONA *v.* CALIFORNIA ET AL. Motion of Pyramid Lake Indian Tribe for leave to file a brief as *amicus curiae* granted. Exceptions to the Report of the Special Master are set for oral argument in due course. Motion of Arizona et al. for leave to file a brief in response to the reply briefs of the United States et al. granted. JUSTICE MARSHALL took no part in the consideration or decision of these motions and this order. [For earlier order herein, see, *e. g.*, 456 U. S. 912.]

No. 67, Orig. IDAHO EX REL. EVANS, GOVERNOR OF IDAHO, ET AL. *v.* OREGON ET AL. Final Report of the Special Master received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Replies to such Exceptions, with supporting briefs, may be filed within 30 days. [For earlier decision herein, see, *e. g.*, 444 U. S. 380.]